DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KALIN B. SIMEONOV, DANIELA RONELL, AND NEVENA RONELL
APOSTOLOV,

Appellants,

v.

JOSEFINA SANDOVAL DELGADO,

Appellee.

No. 2D2024-0800
_____

September 26, 2025

Appeal from the Circuit Court for Hillsborough County; Helene Daniel,
Judge.

Brian J. Lee of Morgan & Morgan, Jacksonville, for Appellant.

Mark D. Tinker and Brandon J. Tyler of COLE, SCOTT, KISSANE, P.A.,
Tampa, for Appellee.


PER CURIAM.

    Affirmed.

KHOUZAM, BLACK, and MOE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.